USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  October 30, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MAPFRE PERU COMPANIA DE SEGUROS Y REASEGUROS S.A. ET AL,**<br><br>                                        **Plaintiffs,**<br><br>               -against-<br><br>**M/V AS FORTUNA ET AL,**<br><br>                                        **Defendants.** | **20-cv-5606 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

     Plaintiffs commenced this action on July 20, 2020. (ECF No. 1). Service has not been executed for several parties. Plaintiffs shall file a status letter regarding service by November 6, 2020.

**SO ORDERED.**

**Dated**:   October 30, 2020
            New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**