USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 11, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MAPFRE PERU COMPANIA DE SEGUROS Y REASEGUROS S.A. ET AL,**

                     **Plaintiffs,**

      -against-

**M/V AS FORTUNA ET AL,**

                     **Defendants.**

**20-cv-5606 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendants request a pre-motion conference in anticipation of a motion to dismiss the complaint. Plaintiffs shall respond by November 13, 2020.

**SO ORDERED.**

**Dated**:   November 11, 2020
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**