USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 20, 2021

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**MAPFRE PERU COMPANIA DE SEGUROS Y REASEGUROS S.A. ET AL,**

          **Plaintiffs,**

-against-

**M/V AS FORTUNA ET AL,**

          **Defendants.**

**20-cv-5606 (ALC) (DCF)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendant Fortuna Opco B.V. requests a pre-motion conference in anticipation of a motion to dismiss. (ECF No. 65) Plaintiff shall respond to Defendant's request by May 24, 2021.

**SO ORDERED.**

**Dated**:   May 20, 2021
           New York, New York

                                      **ANDREW L. CARTER, JR.
                                      United States District Judge**