USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 25, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MAPFRE PERU COMPANIA DE SEGUROS Y REASEGUROS S.A. ET AL,**

            **Plaintiffs,**

-against-

**M/V AS FORTUNA ET AL,**

            **Defendants.**

**20-cv-5606 (ALC) (DCF)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The court denies Defendant Fortuna Opco B.V.'s request for a pre-motion conference in anticipation of a motion to dismiss. (ECF No. 65) Plaintiff and Defendant shall meet and confer and submit a proposed briefing schedule to the Court by May 31, 2021.

**SO ORDERED.**

**Dated**:   May 25, 2021
          New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**